# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

|  |  |
|---|---|
| Karen Gibson, Letesha Nesmith, and William Chisholm Individually and on behalf of All others similarly situated, | CASE NO.: 2:16-CV-02872-DCN |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| Confie Seguras, Inc., Confie Insurance Group Holdings, Inc., Driver's Choice Insurance Services LLC, Nation Motor Club LLC, d/b/a Nation Safe Drivers, | |
| Defendants. | |

NOW COME Plaintiffs Karen Gibson, Letesha Nesmith, and William Chisholm Individually And On Behalf Of All Others Similarly Situated, and Defendants Confie Seguras, Inc., Confie Insurance Group Holdings, Inc., Driver's Choice Insurance Services LLC, Nation Motor Club LLC, d/b/a Nation Safe Driver, by and through their undersigned counsel, and hereby stipulate to the dismissal with prejudice of the above-captioned matter pursuant to Rule 41, FRCP. The parties intend to forever end this litigation with prejudice.

This, the 26th day of June, 2018.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

By:  *s/ James M. Griffin*
    James Mixon Griffin, Esq.
    Fed ID No. 1053
    Margaret Nicole Fox, Esq.
    Fed. ID No. 101576
    Griffin and Davis
    1116 Blanding Street, First Floor
    Columbia, SC 29201

*Counsel for Plaintiffs*

By:  *s/ Herbert W. Louthian Jr.*
    Herbert W. Louthian, Jr., Esq.
    Fed ID No. 2729
    Louthian and Louthian
    P.O. Box 1299
    Columbia, SC 29202

*Counsel for Plaintiffs*

By:  *s/ Richard A. Harpootlian*
    Richard A. Harpootlian, Esq.
    Fed ID No 1730
    Richard A. Harpootlian Law Office
    1410 Laurel Street
    Columbia, SC 29201

*Counsel for Plaintiffs*

By:  *s/Douglas W. MacKelcan*
    Douglas W. Mackelcan
    Federal ID No.: 10058
    William J. Farley III
    Federal ID No 12004
    Carlock, Copeland & Stair, LLP
    40 Calhoun Street, Suite 400
    Charleston, South Carolina 29401-3531

*Attorneys for Defendant Nation Motor Club, LLC d/b/a Nation Safe Drivers*

By:  *s/ J. Rutledge Young, Jr.*
    Joseph Rutledge Young, Jr., Esq.
    Fed ID No. 4432
    Blake A. McKie, Esq.
    Fed ID No. 10887
    Duffy and Young
    96 Broad Street
    Charleston, SC 29401

*Counsel for Defendants Confie Insurance Group Holdings, Inc. and Drivers Choice Insurance Services, LLC*

    Mona Z. Hanna, Esq.(Pro Hac Vice)
    Jennifer Mauri, Esq. (Pro Hac Vice)
    Todd H. Stitt, Esq.(Pro Hac Vice)
    Michelman and Robinson
    17901 Von Karman Ave., 10th Floor
    Irvine, CA 92614

*Counsel for Defendant Confie Insurance Group Holdings, Inc. and Drivers Choice Insurance Services LLC*